IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-00078-RLV-DSC

| | |
|---|---|
| NICHOLAS GANTT, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CAMELOT MANOR NURSING CARE ) | |
| FACILITY, INC., et. al., ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Court's own motion to modify the Pretrial Order and Case Management Plan [Doc. 16]. The Clerk filed an Entry of Default as to Defendant Jonathan Harris [Doc. 12] and an Entry of Default as to Defendant Nathan Church [Doc. 14], but Plaintiff has not filed a motion for default judgment as to either of the two Defendants.

**IT IS HEREBY ORDERED** that the motions deadline is extended to March 17, 2017.

**SO ORDERED.**

Signed: March 3, 2017

Richard L. Voorhees
United States District Judge