# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| NICHOLAS GANTT, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:15-cv-00078-RLV-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| CAMELOT MANOR NURSING CARE FACILITY, INC. dba CAMELOT MANOR NURSING & REHAB CENTER, INC. dba HICKORY FALLS REHABILITATION, DANIELLE CHURCH, NATHAN CHURCH, and JONATHAN HARRIS,, | ) ) ) ) ) ) ) | |
| Defendant(s), | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 28, 2017 Order.

April 28, 2017

Frank G. Johns, Clerk
United States District Court